WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen M. Trezza,<br>    Plaintiff,<br>v.<br>United States of America,<br>    Defendant. | CV 06-492 TUC DCB<br><br>**ORDER** |

On October 18, 2006, this Court ruled after a *de novo* review of the Report and Recommendation issued by Magistrate Judge Pyle *and* all the briefs filed by the parties related to whether or not to exercise jurisdiction over Defendant's Rule 41(g) Motion for Return of Property.[1] This Court determined that under the equitable factors set out in *Ramsden v. United States*, 2 F.3d 322, 324 (9th Cir. 1990), the balance tipped against exercising jurisdiction and denied the motion for lack of jurisdiction.

On October 19, 2006, Defendant filed an appeal, and he asks the Court to prevent the Assistant United States Attorneys (AUSAs) and Internal Revenue Service (IRS) investigators in Tucson from viewing the seized documents, pending the appeal.

As this Court noted in its ruling, the statute of limitations for one of the tax years under investigation runs on April 15, 2007. Defendant's pre-indictment maneuvering has delayed the investigation long enough. This Court is not persuaded that Trezza raises any

---

[1] Defendant argues that Magistrate Judge Pyle accepted jurisdiction then improperly denied him a hearing. Instead, Judge Pyle denied Defendant a hearing because Judge Pyle recommended against exercising jurisdiction over the Rule 41(g) motion. Regardless, this Court ruled, *de novo*, against exercising its jurisdiction and, accordingly, denied the motion and entered Judgment.

serious legal questions or that he faces any irreparable harm. See *United States v. Search of Law Office, Residence and Storage Unit Alan Brown*, 341 F.3d 404, 414-15 (5th Cir. 2003) (damage to reputation from being indicted does not establish irreparable harm).

The Court finds no basis to prevent the AUSAs and IRS investigators in Tucson from viewing the seized documents.

**Accordingly,**

**IT IS ORDERED** that the Motion for Order to Maintain Status Quo Pending Appeal (document 72) is DENIED.

DATED this 31st day of October, 2006.

David C. Bury
United States District Judge